## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJDI QUTIESHAT** | : | **CIVIL ACTION NO. 1:06-CV-2223** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **HOGAN,** | : | |
| | : | |
| **Respondent** | : | |

### ORDER

AND NOW, this 1st day of December, 2006, upon consideration of petitioner's motion (Doc. 6) to suspend the briefing schedule and compel the respondent to submit evidence in support of their claim that they are in possession of a travel document and that petitioner's removal is likely to occur in December 2006, and it appearing from the response that no such representations have been made (respondent is not in possession of a travel document, but, rather, is awaiting issuance of the document from the Embassy of the Hashemite Kingdom of Jordan (Doc. 5, p. 3)), it is hereby ORDERED that petitioner's motion is DENIED. Petitioner is permitted to file, on or before December 11, 2006, a reply to the answer.  See R. GOVERNING § 2254 CASES R. 1(b), 5(e).

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge