IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAJDI QUTIESHAT** : | CIVIL ACTION NO. 1:06-CV-2223 |
| : | |
| **Petitioner** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **HOGAN,** : | |
| : | |
| **Respondent** : | |

# **ORDER**

AND NOW, this 20th day of December, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), in which petitioner seeks release from indefinite detention in accordance with Zadvydas v. Davis, 533 U.S. 678 (2001), while awaiting removal to his native country of Jordan, and it appearing that petitioner was removed from the United States to Jordan on or about December 13, 2006 (Doc. 8, Ex. A), thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge